Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

_____ Division

3 6438-001

*FAY DARWELL WORTHEY*
)
)
)
)
)
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

*NURSE Eldrige, etc., everybody on
C/O MORGAN—Lt. McIntire shift*
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL
2023 APR 19 PM 3: 09
FILED

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | _TORY DARNELL WORTHEY 36438_ |
| All other names by which you have been known: | _00l_ |
| ID Number | _36438-001_ |
| Current Institution | _united states penitentiary-Federal correctional_ |
| Address | _P.O. Box 1034          complex_ |
| | _Coleman          FL          33521_ |
| | City          State          Zip Code |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | _Lt. mcentire_ |
| Job or Title *(if known)* | _Lt._ |
| Shield Number | _N/A_ |
| Employer | _united state penitentiary usp-1_ |
| Address | _Federal correctional complex_ |
| | _Coleman          Fl          33521_ |
| | City          State          Zip Code |

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | _C/O Morgan_ |
| Job or Title *(if known)* | _C/o_ |
| Shield Number | |
| Employer | _united states penitentiary usp-1_ |
| Address | _Federal correctional complex_ |
| | _Coleman          Fl          33521_ |
| | City          State          Zip Code |

☑ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name     *Nurse Eldrige*

Job or Title *(if known)*     *nurse*

Shield Number

Employer     *united States peniterieny USP*

Address     *Federal corretional complex*

*Coleman*     *Fl*     *33521*

City         State       Zip Code

[✓] Individual capacity     [✓] Official capacity

Defendant No. 4

Name     *c/o Kedrick*

Job or Title *(if known)*

Shield Number     *C/O*

Employer     *united States Penitentiary USP )*

Address     *Federal corretional Complex*

*Coleman*     *Fl*     *33521*

City         State       Zip Code

[✓] Individual capacity     [✓] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*my 8th Amendment*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials? *my 8th Amendment*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

*NURSE Eldrise refused me medical treatment, They did not have me tested for the sexual Assault order*

**III.    Prisoner Status** *my complaints are pres.*

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced state prisoner

☑  Convicted and sentenced federal prisoner

☐  Other *(explain)* _____

**IV.    Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Coleman USP-1 Federal Penitentiary 2-19-22/2-20-22/*
*from 1-1 all the way through the corridor to the shu and in the Dn> cell*

Page 4 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

2/9-22/2-20-22    4:00pm +9 till 24hrs had passed

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was beat, tortured, and sexualy assalted and refused medical treament, see Attachment, A lot of People who was on the two shiffs they took turns on me with the beatings. Mrs. and Mr. Mccoy which are councilors saw the results, Chad shattiner seen as well an every one who came through the shu on a walk through

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. My Anus was very sore and I still have issues with it, my ribs where cracked, I was hurt all over Ive had headache every since, my nose swoke up to where I could not breath and I was puttin in to be transffered to per#2 And A man that worked in Admeasst? seen me and asked what happen to me I told him dissapled, and explain what happened And he got me some help for my nose I satpup on strong Antibiotics. I requsted a full body chart for the sexual Assalt and never got it. I have A PrEA on them

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want all parties Involued prosecuted and terminated From the FBop and I woud like 3 million dollars or if you think I deserve more go after the largest number you think I deserve. They took something from me that I'll never get back and it haunts me in my sleep and while I am awake it brings back bad childhod memories from when I got molested as + child. And I have this chain mark all the way around my stomach and back that I have to look at forever

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*In A protective custody unit "I" At united states penitention Federal correcbnal complex Coleman usp-1, Po. Box 1034 coleman Fl. I was being call A-Rat, child molester and Afaggot by the staff while they 33521 was bragging about what they was about to do to me.*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*PREA-Sexual Assault by staff/staff misconduct*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

I tried to At coleman per #1 but they just tore it up, I filed at coleman Per #2 as well And I have done all of my Remedies

2.    What did you claim in your grievance?

that I was tortured, and sexualy assaulted by staff and refused medical help

3.    What was the result, if any?

SiS did A report, And nothing else has happened, To The best of my knowledge except for me doing all the Remedies

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I am on my BP-11 And they will not respond to it I was suppose to get a responce on the 20th of Dec. 2022 but nothing has happened.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

_____

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Recipets of my Remedies in closed
_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2.  Court *(If federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4-1-2023

Signature of Plaintiff    _Tory Darnell Worthey_

Printed Name of Plaintiff    _Torry DARNell WoRtHey_

Prison Identification #    _Reg # 36438-001 (Federal correctional complex_

Prison Address    _Coleman USP-2 P.O. Box 1034 united States Penitentiary_
_Coleman_                 _FL_      _33521_
               City                 State        Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
               City                 State        Zip Code

Telephone Number    _____

E-mail Address    _____

on the date of Feb. 19, 2022: O/F Kendrick punched
me in the head on multiple acations. while I was trying
to complie to his demands. He then upon putting me
in full restraints, black box cuffs and belly chain, laid
me face down on A stretcher, where I was beat on
by staff. As I was comming too, O/F Kendricks then
grabbed the back of my head while pepper spray was
put on my face, and he ground my face into the padding
of the stretcher back until I lost consciousness. while
comming back to reality the staff was beating on
me from head to toe All the way through the corridors,
while this was taking place, I was being called a faggott,
A Rat, And A child molester. The unit that I was in is
called the RHU, A protected costedy unit. After I made
it to the SHU, Lt. Mccintire allowd all of this to happen
to me and He called it "discipline". The staff changed shifts
beating me, "Every two hours for 24 hrs I recieved this
discipline", LT. Mccintire even opened A Storage closet, So
another staff c/o could set out a paint ball gun, That he also
allowd the officer to sit inside there office and shoot
rounds under the door of the dry cell. I cannot rememba
all the O/F names, or the Nurses Names, O/F Morgan is the
one who stuck his fingures inside of me and whiped
it on my face. This happen because After I had Already
been beat for hours on end, I could not stand up on my

own, All the circulation in my body was messed up. The belly chain was so tight it was cutting into my flesh and bleeding. And the black-box cuffs was Attached to the belly chain so I could not use my hands at all, So O/F Morgan said to me you will regrett it if I have to come in there and stand you up, well I did regrett in because that's when he beat on me while I was on the floor and shoved his fingures inside me very ruffly and started trying to pull me to my feet by my anus and my beard. Nurse Eldrige knew what was happening and did nothing she came in and marked the books for the restraint check and kept walking. At one point she even said to the Y/O's, that you guy really did a number on this one. She refused to help me after beggin her on multiple occasions to help. Even after I was placed in a cell on the SHU Range she would not help, would not take medical cop-out or anything. They put A inmate in with me is the only reason she would Stop and Listen. even then she told me you'll be all right you just look beat up to me. That inmates name is CHAD Schaffener O2523 O28. Before my last discipline session, I was told by Lt. mcintire that upon the restraints comming off, I was to clean all the Blood, Pee and Feces. That was on the walls and Floor, So I was beat

For the last time, they removed all off the restraints but the Hand cuffs. Lt. Mcintire then rolled in to the Dry cell, A mop, mop buckett with the cadilac on it and made me clean the cell. Take in mind the fact that I had been beatin repeatedly for 24 hrs, Had lain in blood and feces the entire time, the cell was atleast 50° or less. So the task at hand was of some difficulty. I was scared for my life the entire time this was taking place, even while I was cleaning up the cell. I thought they where tricking me some how, I did not think I was Supposed to have A mop, mop buckett, in the SHu, They give me weapons to fight them with if I chose to. Of course I didn't, It seem as if that's what they wanted. whom would give somebody weapons upon, Torturing and Sexually assaulting that person? Plus when Blood and Feces are involved A contamination crew is called to properly clean and contain said contaminates. After the clean up I was still in that Dry/observation cell with Feces and Dried blood all over me, They then put in A sack lunch for me to eat, I had to put the sandwich together myself, So there fore I was eating Feces with the food. Please Help me get these issues resolved. I HAve no one on the out side to help me, No Family support of just got my GED, And I've completed the RHU program. Thank you For your time and concerns.

Toy Worthey

ATTEN: I am in A place to where I cannet get copies of this fileing, can you please send me copies of this complacht and all that it obtains. I am currently in the shu and the copie machine is dissabled, so if possible can you please send me atleast two copies.